539 A.2d 808

**David X. McKNIGHT, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS.**

No. 4 M.D. Appeal Dkt. 1988.

Supreme Court of Pennsylvania.

April 5, 1988.

Reargument Denied May 25, 1988.

## ORDER

PER CURIAM:

AND NOW, this 5th day of April, 1988, the jurisdictional statement is treated as a petition for allowance of appeal and, as such, is granted. The order of the Commonwealth Court is vacated, and the matter is remanded for the appointment of counsel to assist petitioner in exhausting his administrative remedies.